## Commonwealth *v.* Jenkins, Appellant.

Submitted December 7,

1973.  *Brian E. Appel,* and *Segal, Appel and Natali,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.